# Brian T. Wolfinger

267-645-WOLF (9653)
brian@wolfingerforensics.com



## Career Summary

I have over twenty years of Information Technology and Law
Enforcement experience, with expertise in:

- Digital Forensics;
- Electronic Data Collection;
- Information Systems Security;
- Cloud Technologies;
- Computer Security Incident Response;  and,
- Investigations, Interviewing, Evidence Gathering.
- I have testified in hundreds of criminal and civil cases at the Local, State and Federal levels
  in multiple jurisdictions across the country.

## Professional Experience

**Wolfinger Forensics, LLC**

<u>*Co-Founder, Principal*</u> *– July 15 2016 – Present*

- Advise clients on matters involving digital forensics and collection of electronic evidence
  (including custom software development to fulfill these needs);
- Oversee and personally conduct forensic acquisitions of electronic evidence, forensic
  examinations of digital media and conversions of electronic evidence for litigation
  review; and,
- Provide testimony on matters regarding digital media, electronic evidence, information
  technology, information security (policy & practice), cloud technologies, computer
  crime, fraud, economic crime and other matters.

**LDiscovery, LLC**

<u>*CISO, Vice President - Technology*</u> *– March 15 2005 to June 30 2016*

- Member of the Senior Executive Team at LDiscovery and involved in all major decisions
  and efforts in the organization, including but not limited to: Sales, Marketing, Business
  Development, Mergers & Acquisitions, Technology, Corporate Policies, Personnel, and
  Corporate Strategy
- Directly involved in two successful recapitalization efforts
  - 9-2011; Recapitalized by WestView Capital Partners
  - 12-2015; Recapitalized by The Carlyle Group and Revolution Capital

- Architect of LDiscovery's Global IT and ITSec Infrastructure
  - Supervised the creation, interconnection and upkeep of ISO27001:2013-certified data centers in:
    - Philadelphia
    - Greater Philadelphia Area
    - McLean, VA
    - Chicago, IL
    - Austin, TX
    - Santa Clara, CA
    - London, UK
- Creator of LDiscovery's Software Engineering Team
- Creator of LDiscovery's Remote Collection Manager Tool Suite
- Responsible for obtaining and maintaining ISO27001:2013 certification and ISMS
- Responsible for Information Technology Due Diligence for the 8 companies acquired by LDiscovery during my tenure
- Equipped, Staffed and Supervised the LDiscovery Global Digital Forensics, Data Collection, eDiscovery, Data Hosting, Software Engineering, IT, ITSec, Cloud Computing, and Consulting practices;
- Created LDiscovery's Digital Forensic Laboratories in the Philadelphia and Washington, D.C. areas;
  - Developed and implemented policies and practices for these facilities in line with ASCLD standards;
- Advise clients on matters involving digital forensics, electronic evidence, electronic discovery, data hosting and data review needs (including custom software development to fulfill these needs);
- Oversee and personally conduct forensic acquisitions of electronic evidence, forensic examinations of digital media and conversions of electronic evidence for litigation review; and,
- Provide testimony on matters regarding digital media, electronic evidence, information technology, information security (policy & practice), computer crime, fraud, economic crime and other matters.

**Internet Security Systems – Emergency Response Services**

_Manager-Northeast Region_ - *May 2003 to March 2005*

- Recruited by ISS to join their elite Emergency Response Squad;
- Responded at any time, worldwide, to any high-priority computer security incident on systems and networks of any scale
- Conducted investigations in sensitive and potentially hostile environments to protect and recover data, identify malicious network intruders and company insiders responsible for security breaches and data loss, and assess network security stances and incident response readiness of organizations; and,
- Worked with network engineers and penetration testers from ISS and other organizations to harden networks against future attacks, conduct research and test network vulnerabilities to protect clients better.

**Philadelphia Police Department**

<u>*Police Officer – Patrol*</u> *- June 1997 to December 1999*

<u>*Detective – SVU Child Abuse Unit*</u> *– December 1999 -January 2001*

<u>*Detective – Philadelphia DA's Office Cyber Crime Unit*</u> *– January 2001 – May 2003*

<u>*Sergeant – Patrol*</u> *– May 2003*

**Teaching and Training**

- Lecture Federal, State and Local sworn law enforcement and prosecutors on topics including:
  - digital evidence recovery and analysis;
  - e-mail tracing;
  - information and network security;
  - internet safety for children;
  - internet predators;
  - cyber stalking; and,
  - identity theft and other related topics.

- Helped develop training curriculum for the advanced cybercrime training for prosecutors on behalf of the National District Attorneys Association
- Developed curricula for and lectures at Community College of Philadelphia, Chestnut Hill College of Philadelphia and Carnegie-Mellon University on Digital Forensics, Computer Crime, Electronic Evidence, Computer Security and associated legal issues;
- Authored articles and white papers for computer security and investigation trade publications;
- Provide instruction for corporate computer emergency response team personnel (CERTs), IT staff and senior management personnel on incident response methodology, evidence gathering procedures, computer forensic examination techniques and other information security topics.
- Former Technical Editor for the Journal of Information Systems Forensics;
- Consultant for the Philadelphia Police Department – Special Victims Unit and Philadelphia District Attorney's Office and provide ongoing training.